Ryan J. Works, Esq. (NSBN 9224)
Tara U. Teegarden, Esq. (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
ttegarden@mcdonaldcarano.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL ANTHONY MIKSA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MUSA INDUSTRIES, INC. a California corporation; MAHSAM RAZA, an individual; and DOES 1-20,<br><br>Defendants. | Case No.: 2:22-cv-00403-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS COMPLAINT**<br><br>**(First Request)**<br><br>ECF No. 18 |

Plaintiff Michael Anthony Miksa ("Plaintiff") and Defendants MUSA Industries, Inc.'s ("MUSA") and Mahsam Raza ("Raza") (collectively, the "Parties"), by and through their undersigned counsel, and pursuant LR IA 6-1, submit the following stipulation to Extend Time to File Oppositions to Defendants' Motions to Dismiss up to and including March 31, 2022. In support of the stipulation, the Parties state the following:

1. On March 3, 2022 Defendants MUSA and Raza removed this matter to this Court. *See* ECF No. 1. On March 10, 2022, Defendants Musa and Raza filed two separate Motions to Dismiss Plaintiff's Complaint. *See* ECF Nos. 11 and 12.

2. The undersigned counsel is continuing to review the allegations in Defendants' Motions to Dismiss but requires an additional week to determine the merits of each allegation Defendants made in their Motions to Dismiss.

3. Counsel for Defendants have agreed to the requested extension and the requested

extension will not impact any other deadlines in this case.

4. This is the first request to extend the deadline for Plaintiff to file his Oppositions to Defendants' Motions to Dismiss.

5. This request for an extension of time is not intended to cause any undue delay or prejudice to any party.

6. Therefore, the parties hereby stipulate that the deadline for Plaintiff to file his Oppositions to Defendants' Motions to Dismiss shall be extended through March 31, 2022.

DATED: March 22, 2022

| WILSON WHITAKER RYNELL | McDONALD CARANO LLP |
|---|---|
| By: */s/ Jennifer M. Rynell* <br> John T. Wilson, Esq. <br> Jennifer M. Rynell, Esq. <br> Leigh Caudle Whitaker, Esq. <br> Wilson Legal Group P.C. <br> 16610 Dallas Parkway, Suite 1000 <br> Dallas, Texas 75248 <br> eservice@wilsonlegalgroup.com <br><br> WILEY PETERSEN <br> Jason M. Wiley, Esq. <br> Ryan S. Petersen, Esq. <br> 1050 Indigo Drive, Suite 200B <br> Las Vegas, Nevada 89145 <br> jwiley@wileypetersenlaw.com <br> rpetersen@wileypetersen.com <br><br> *Attorneys for Defendant* | By: */s/ Tara U. Teegarden* <br> Ryan J. Works, Esq. (NSBN 9224) <br> Tara U. Teegarden, Esq. (NSBN 15344) <br> 2300 West Sahara Avenue, Suite 1200 <br> Las Vegas, Nevada 89102 <br> rworks@mcdonaldcarano.com <br> ttegarden@mcdonaldcarano.com <br><br> *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 30, 2022