JASON M. WILEY, ESQ.
Nevada Bar No. 09274
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
**WILEY PETERSEN**
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone: (702) 910-3329
Facsimile: (702) 553-3467
jwiley@wileypetersenlaw.com
rpetersen@wileypetersenlaw.com

JOHN T. WILSON, Esq. *(Pro Hac Vice)*
Texas Bar No. 24008284
JENNIFER M. RYNELL, Esq. *(Pro Hac Vice)*
Texas Bar No. 24033025
LEIGH CAUDLE WHITAKER, Esq. *(Pro Hac Vice)*
Texas Bar No. 24094260
eservice@wilsonlegalgroup.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088

*Attorneys for Defendants, Musa Industries, Inc.*
  *And Mahsam Raza*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ANTHONY MIKSA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MUSA INDUSTRIES, INC., a California corporation; MAHSAM RAZA, an individual; and DOES 1-20,<br><br>Defendants. | Case No.: 2:22-cv-00403-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

     Plaintiff MICHAEL ANTHONY MIKSA ("Miksa"), by and through his counsel of record, the law firm McDonald Carano, and Defendants MUSA INDUSTRIES, INC. ("MUSA") and MAHSAM RAZA ("Raza"), by and through their counsel of records, the law firms Wilson Whitaker Rynell and Wiley Petersen (collectively, Plaintiff and Defendants referred to herein as "the Parties"), and pursuant

///

to LR IA 6-1, submit the following stipulation to extend the time for Defendants to file responsive pleadings to Plaintiffs' *First Amended Complaint* [ECF No. 20] filed on March 30, 2022. The Parties have stipulated to an extension up to and including April 28, 2022. In support of the stipulation, the Parties state:

1. On March 3, 2022, Defendants removed this litigation to this Court [ECF No. 1].
2. On March 31, 2022, Plaintiff filed a *First Amended Complaint* [ECF No. 20].
3. Defendants' counsel requires additional time to respond to the *First Amended Complaint* due to the newly alleged claims and counsel's travel schedule around the Easter holiday.
4. Plaintiff's counsel has acknowledged and agreed to the requested extension and said extension will not impact any other litigation deadlines.
5. This is the first request to extend Defendants' deadline to file a responsive pleading to the *First Amended Complaint*.
6. The request for an extension of time to file a responsive pleading is not intended to cause any undue delay or prejudice to any party and is not made for an improper purpose.

/ / /

7.     The Parties stipulate that the deadline for Defendants to file their responsive pleadings to the *First Amended Complaint* shall be extended through April 28, 2022.

DATED this 7th day of April, 2022.

| MCDONALD CARANO LLP | WILSON WHITAKER RYNELL |
|---|---|
| /s/ Tara U. Teegarden | /s/ Jennifer M. Rynell |
| RYAN J. WORKS, ESQ.<br>Nevada Bar No. 9224<br>TARA U. TEEGARDEN, ESQ.<br>Nevada Bar No. 15344<br>2300 West Sahara Avenue, Suite 1200<br>rworks@mcdonaldcarano.com<br>tteegarden@mcdonaldcarano.com<br><br>*Attorneys for Plaintiff* | JOHN T. WILSON, ESQ.<br>Admitted to practice pursuant to Order<br>JENNIFER M. RYNELL, ESQ.<br>Admitted to practice pursuant to Order<br>16610 Dallas Parkway, Suite 1000<br>eservice@wilsonlegalgroup.com<br><br>**WILEY PETERSEN**<br>JASON M. WILEY, ESQ.<br>Nevada Bar No. 9274<br>RYAN S. PETERSEN, ESQ.<br>Nevada Bar No. 10715<br>1050 Indigo Drive, Suite 200B<br>Las Vegas, Nevada 89145<br>jwiley@wileypetersenlaw.com<br>rpetersen@wileypetersenlaw.com<br><br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: April 19, 2022