Jason M. Wiley, Esq.
Nevada Bar No. 09274
Ryan S. Petersen, Esq.
Nevada Bar No. 10715
**WILEY PETERSEN**
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone: (702) 910-3329
Facsimile: (702) 553-3467
jwiley@wileypetersenlaw.com
rpetersen@wileypetersenlaw.com

JOHN T. WILSON, Esq.*
Texas Bar No. 24008284
JENNIFER M. RYNELL, Esq.*
Texas Bar No. 24033025
LEIGH CAUDLE WHITAKER, Esq.*
Texas Bar No. 24094260
eservice@wilsonlegalgroup.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
*Admitted Pro Hac Vice*

*Attorneys for Defendants, Musa Industries, Inc.
 And Mahsam Raza*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ANTHONY MIKSA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MUSA INDUSTRIES, INC., a California corporation; MAHSAM RAZA, an individual; and DOES 1-20,<br><br>Defendants. | CASE NO.: 2:22-cv-00403-CDS-BNW<br><br>**JOINT STIPULATION AND ORDER REGARDING DEFENDANTS' MOTION TO ABATE**<br><br>**[FIRST REQUEST]** |

Plaintiff Michael Anthony Miksa ("Plaintiff" or "Miksa") and Defendants MUSA INDUSTRIES, INC. ("Musa") and MAHSAM RAZA ("Raza") (collectively "Defendants") by and through their undersigned counsel of record stipulate to remove Defendants' Motion to Abate Deadlines and Discovery [ECF No. 38] from the Court's June 27, 2022, Hearing Docket. As provided

herein, the parties respectfully submit that good cause supports this request.

On April 28, 2022, Defendants filed their Motions to Dismiss the First Amended Complaint ("Motions to Dismiss"). [ECF Nos. 32-33]. On May 13, 2022, Plaintiff filed his Oppositions to the Motions to Dismiss. [ECF Nos. 34-35]. Defendants replied on May 20, 2022. [ECF Nos. 36-37]. On May 27, 2022, Defendants filed their Motion to Abate Deadlines and Discovery ("Motion to Abate"). [ECF No. 38]. The Court has set a hearing on the Motion to Abate for June 27, 2022. The parties have exchanged initial disclosures but have not otherwise began actively engaging in discovery.

Since the filing of the Motion to Abate, the parties have agreed to an August 10, 2022 full-day mediation with the Honorable retired judge David Wall at JAMS. The parties have stipulated to approximately 90-day extensions of all deadlines. [ECF No. 40] The Court has since approved that stipulation. [ECF No. 41]. The parties have also agreed not to engage in any discovery prior to the aforementioned mediation.

Defendants have essentially obtained their requested relief by agreement of the parties at least through mediation and the current period of the scheduling extensions. In light of that, the parties have agreed, subject to approval of the Court, to removal of the hearing and the need to further brief the Motion to Abate at this time.

This request is made in good faith, jointly by the parties, and not for the purposes of delay. A trial date in this matter has not yet been set. Moreover, since this request is a joint request, neither party will be prejudiced. Accordingly, the parties respectfully submit that there is sufficient good cause to remove the June 27, 2022 hearing on the Motion to Abate from the hearing docket and to stay the accompanying briefing until further notice.

**[ATTORNEY SIGNATURE BLOCK AND ORDER ON FOLLOWING PAGE]**

DATED this 13th day of June, 2022.                    DATED this 13th day of June, 2022.

**WILEY PETERSEN**                                    **McDONALD CARANO LLP**

By: */s/ Jason M. Wiley*                              By: */s/ Jeff Silvestri*
    Jason M. Wiley, Esq.                                  Jeff Silvestri, Esq. (NSBN 5779)
    Ryan S. Petersen, Esq.                                Ryan J. Works, Esq. (NSBN 9224)
    1050 Indigo Drive, Suite 200B                         Tara U. Teegarden, Esq. (NSBN 15344)
    Las Vegas, Nevada 89145                               2300 West Sahara Avenue, Suite 1200
    jwiley@wileypetersenlaw.com                           Las Vegas, Nevada 89102
    rpetersen@wileypetersen.com                           jsilvestri@mcdonaldcarano.com
                                                          rworks@mcdonaldcarano.com
    John T. Wilson, Esq.                                  ttegarden@mcdonaldcarano.com
    Jennifer M. Rynell, Esq.
    Leigh Caudle Whitaker, Esq.                       *Attorneys for Plaintiff*
    Wilson Legal Group P.C.
    16610 Dallas Parkway, Suite 1000
    Dallas, Texas 75248
    eservice@wilsonlegalgroup.com

*Attorneys for Defendants*

## ORDER

IT IS ORDERED that ECF No. 42 is GRANTED. IT IS FURTHER ORDERED that the hearing set for 6/27/2022 on ECF No. 38 is VACATED. IT IS FURTHER ORDERED that ECF No. 38 is DENIED without prejudice as moot. Defendants may file another motion to stay discovery later, if necessary.

**IT IS SO ORDERED**
**DATED:** 12:09 pm, June 14, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3