Jeff Silvestri, Esq. (NSBN 5779)
Ryan J. Works, Esq. (NSBN 9224)
Tara U. Teegarden, Esq. (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
jsilvestri@mcdonaldcarano.com
rworks@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ANTHONY MIKSA, an individual, | Case No.: 2:22-cv-00403-JAD-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MUSA INDUSTRIES, INC.'S COUNTERCLAIM [ECF 47]** |
| vs. | |
| MUSA INDUSTRIES, INC., a California corporation; MAHSAM RAZA, an individual; and DOES 1-20, | **(FIRST REQUEST)** |
| Defendants. | |
| MUSA INDUSTRIES, INC., | |
| Counterclaimant, | |
| vs. | |
| MICHAEL ANOTHNY MIKSA, an individual, | |
| Counterdefendant. | |

Plaintiff Michael Anthony Miksa ("Miksa") and Defendant Musa Industries Inc. ("Musa"), by and through their attorneys, hereby agree, stipulate and respectfully request that the Court extend the deadline to answer or otherwise respond to Musa's Counterclaim from August 10, 2022 to August 17, 2022, based upon the parties pending good-faith mediation scheduled for August 12, 2022. This stipulation is entered into good faith and not for the purposes of delay. There have been

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

no previous requests for extensions of time.

DATED: August 10, 2022

McDONALD CARANO LLP

By: */s/ Tara U. Teegarden*
    Jeff Silvestri, Esq. (NSBN 5779)
    Ryan J. Works, Esq. (NSBN 9224)
    Tara U. Teegarden, Esq. (NSBN 15344)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    jsilvestri@mcdonaldcarano.com
    rworks@mcdonaldcarano.com
    ttegarden@mcdonaldcarano.com

    *Attorneys for Plaintiff*

DATED: August 10, 2022

WILSON WHITAKER RYNELL

By: */s/ Jennifer M. Rynell*
    John T. Wilson, Esq.
    Jennifer M. Rynell, Esq.
    Leigh Caudle Whitaker, Esq.
    Wilson Legal Group P.C.
    16610 Dallas Parkway, Suite 1000
    Dallas, Texas 75248
    eservice@wilsonlegalgroup.com

    WILEY PETERSEN
    Jason M. Wiley, Esq. (NSBN 9274)
    Ryan S. Petersen, Esq. (NSBN 10715)
    1050 Indigo Drive, Suite 200B
    Las Vegas, Nevada 89145
    jwiley@wileypetersenlaw.com
    rpetersen@wileypetersen.com

    *Attorneys for Defendants*

**<u>ORDER</u>**

**IT IS SO ORDERED**

**DATED:** 1:57 pm, August 11, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966