Ryan J. Works, Esq. (NSBN 9224)
Tara U. Teegarden, Esq. (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ANTHONY MIKSA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MUSA INDUSTRIES, INC., a California corporation; MAHSAM RAZA, an individual; and DOES 1-20,<br><br>Defendants. | Case No.: 2:22-cv-00403-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO RECONSIDER ORDER DENYING DEFENDANT RAZA'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION [ECF NO. 48]**<br><br>**(FIRST REQUEST)** |
| MUSA INDUSTRIES, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>MICHAEL ANOTHNY MIKSA, an individual,<br><br>Counterdefendant. | |

Plaintiff Michael Anthony Miksa ("Miksa") and Defendant Musa Industries Inc. ("Musa") and Mahsam Raza, individually (collectively, "Defendants"), by and through their attorneys, hereby agree, stipulate and respectfully request that the Court extend the deadline to file a response to Musa's Motion to Reconsider Order Denying Defendant Raza's Motion to Dismiss for Lack of Personal Jurisdiction [ECF No. 48] (the "Motion") from August 17, 2022 for a period of 90-days while the parties engage in limited discovery in aid of their good-faith mediation that took place on

August 12, 2022, and that the hearing on the Motion shall be set 90-days after. At the conclusion of that mediation, although the parties did not settle, it was agreed that they would engage in limited discovery regarding certain financial information so that Miksa could better evaluate his claims. At the suggestion of the mediator - Hon. David Wall, the parties would return to JAMS after the 90 days has expired to see if they can resolve their differences without resorting to expensive litigation and discovery.

This stipulation is entered into good faith and not for the purposes of delay. There have been no previous requests for extensions of time. This stipulation further extends that time so that the parties can focus on resolution

| DATED: August 17, 2022 | DATED: August 17, 2022 |
|---|---|
| McDONALD CARANO LLP | WILSON WHITAKER RYNELL |
| By: /s/ Ryan J. Works<br>Ryan J. Works, Esq. (NSBN 9224)<br>Tara U. Teegarden, Esq. (NSBN 15344)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>rworks@mcdonaldcarano.com<br>ttegarden@mcdonaldcarano.com<br><br>*Attorneys for Plaintiff* | By: /s/ Jennifer M. Rynell<br>John T. Wilson, Esq.<br>Jennifer M. Rynell, Esq.<br>Leigh Caudle Whitaker, Esq.<br>Wilson Legal Group P.C.<br>16610 Dallas Parkway, Suite 1000<br>Dallas, Texas 75248<br>eservice@wilsonlegalgroup.com<br><br>WILEY PETERSEN<br>Jason M. Wiley, Esq. (NSBN 9274)<br>Ryan S. Petersen, Esq. (NSBN 10715)<br>1050 Indigo Drive, Suite 200B<br>Las Vegas, Nevada 89145<br>jwiley@wileypetersenlaw.com<br>rpetersen@wileypetersen.com<br><br>*Attorneys for Defendants* |

**ORDER**

Due to the pending mediation, IT IS HEREBY ORDERED that the [54] stipulation is **denied without prejudice**. IT IS FURTHER ORDERED that the [48] Motion for Reconsideration is **denied without prejudice**. If this action is not resolved in mediation, Defendants do not have to refile the Motion for Reconsideration. Defendants may file a motion to reinstate the Motion for Reconsideration. If the motion to reinstate is filed, the Court will set a briefing schedule, or, in the alternative, the parties may stipulate to a briefing schedule. IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 23, 2022

Page 2 of 2

4885-2747-9086, v. 2