Ryan J. Works, Esq. (NSBN 9224)
Tara U. Teegarden, Esq. (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ANTHONY MIKSA, an individual,<br><br>Plaintiff<br><br>vs.<br><br>MUSA INDUSTRIES, INC., a California corporation; MAHSAM RAZA, an individual; and DOES 1-20,<br><br>Defendants | Case No.: 2:22-cv-00403-~~JAD~~ CDS-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Michael Anthony Miksa ("Plaintiff" or "Miksa"), and Defendants MUSA Industries, Inc. ("Musa") and Mahsam Raza ("Raza") (collectively "Defendants" together the "Parties"), by and through their counsel of record, that the above-entitled action shall be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2).

/ / /

/ / /

/ / /

IT IS HEREBY FURTHER STIPULATED that each of the Parties shall bear their own attorney's fees, costs, and expenses.

DATED: April 21, 2023

McDONALD CARANO LLP

By: /s/ Ryan J. Works
    Ryan J. Works, Esq. (NSBN 9224)
    Tara U. Teegarden, Esq. (NSBN 15344)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    rworks@mcdonaldcarano.com
    ttegarden@mcdonaldcarano.com

*Attorneys for Plaintiff*

DATED: April 21, 2023

WILSON WHITAKER RYNELL

By: /s/ Jennifer M. Rynell
    John T. Wilson, Esq.
    Jennifer M. Rynell, Esq.
    Leigh Caudle Whitaker, Esq.
    Wilson Legal Group P.C.
    16610 Dallas Parkway, Suite 1000
    Dallas, Texas 75248
    eservice@wilsonlegalgroup.com

WILEY PETERSEN
    Jason M. Wiley, Esq. (NSBN 9274)
    Ryan S. Petersen, Esq. (NSBN 10715)
    1050 Indigo Drive, Suite 200B
    Las Vegas, Nevada 89145
    jwiley@wileypetersenlaw.com
    rpetersen@wileypetersen.com

*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the defendants' Motion to Reconsider Order Denying defendant Raza's Motion to Dismiss for Lack of Personal Jurisdiction [ECF No. 48] is DENIED as moot. The Clerk of Court is directed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 21, 2023